**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

JOSEPH MARTIN AND
LAURA MARTIN,
     Plaintiffs,

v.

NATIONAL CREDIT SYSTEMS, INC.,

    Defendant.

Case No.: 1:18-cv-1-HSO-JCG
Hon. Judge Halil S. Ozerden
Magistrate Judge John C. Gargiulo

## ADDENDUM TO APPLICATION FOR ADMISSION PRO HAC VICE
## CHARITY A. OLSON

Eckstein v Credit Control Services, Inc.
USDC – ND California (Case No: 4:17-cv-02916)

    On October 12, 2017, the Applicant and her co-lead counsel, Brett Goodman, were sanctioned one hundred twenty five dollars ($125) each because an attorney from Mr. Goodman's office not designated as "lead counsel" appeared in the place of Applicant and Mr. Goodman for an initial case management conference. Applicant could not attend the conference in California because she was in a jury trial in Michigan that unexpectedly lasted five (5) days. Supporting documentation is attached hereto.

Respectfully Submitted,

/s/ Charity A. Olson
Charity A. Olson (P68295)
BROCK & SCOTT, PLLC
2723 S. State St., Ste. 150
Ann Arbor, MI 48104
(734) 222-5179
charity.olson@brockandscott.com

Dated: March 15, 2018

1

# EXHIBIT A

# ORDER TO SHOW CAUSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUG ECKSTEIN,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT CONTROL SERVICES, INC.,<br><br>Defendant. | Case No.  17-cv-02916-JSW<br><br>**ORDER TO SHOW CAUSE** |

By order dated July 25, 2017, this Court set the case management conference for August 25, 2017. (Dkt. No. 16.)  On August 18, 2017, the Court granted the parties' stipulation continuing the case management conference to September 29, 2017 on the ground that Defendant's counsel was scheduled to appear at a hearing in the Southern District of Indiana on the date scheduled for the case management conference.

In granting the stipulation, the Court admonished counsel that their request to continue the case management conference was untimely and that counsel had, therefore, failed to comply with the Court's order scheduling the case management conference.  The Court's order warned:

> The Court expects its orders to be followed.  The parties are admonished that this is their one, and only, warning.  Future non-compliance with the Court's orders will result in the imposition of sanctions.

(Dkt. no. 18, at 2.)  Unfortunately, it does not appear the message was received.

The order setting the initial case management conference in this action stated: "The parties shall appear *in person through lead counsel* to discuss all items referred to in this Order and with authority to enter stipulations, to make admissions and to agree to further scheduling dates." (Dkt. No. 16, at 1 (emphasis added).)  At the September 29, 2017 case management conference,

United States District Court
Northern District of California

1   however, neither of Defendant's counsel of record — Brett B. Goodman, Esq. and Charity A.

2   Olson, Esq. — appeared.  Instead, Defendant was represented by Sheri Guerami, Esq., who

3   informed the Court that she was not lead counsel for Defendant.

4       Accordingly, Defendant's counsel are HEREBY ORDERED TO SHOW CAUSE in

5   writing as to why the Court should not impose sanctions in the amount of $250.00 to either Brett

6   B. Goodman, Esq. and Charity A. Olson, Esq.  Counsels' response to this Order to Show Cause

7   shall be due by October 10, 2017.  Counsels' response shall indicate which attorney is Defendant's

8   lead counsel.

9       **IT IS SO ORDERED.**

10  Dated: October 3, 2017

11

12                                   JEFFREY S. WHITE
                                   United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

# EXHIBIT B

# RESPONSE TO ORDER TO SHOW CAUSE



**YU | MOHANDESI LLP**

**Brett B. Goodman** (SBN 260899)
213.375.3543 | bgoodman@yumollp.com
**Sheri Guerami** (SBN 265231)
213.418.9340 | sguerami@yumollp.com
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
213.377.5501 Facsimile

Attorneys for Defendant
Credit Control Services, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUG ECKSTEIN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CREDIT CONTROL SERVICES, INC.<br>D/B/A CREDIT COLLECTION<br>SERVICES<br>.<br>　　　　Defendants. | Case No.: 4:17-cv-02916-JSW<br><br>**RESPONSE TO ORDER TO SHOW CAUSE**<br><br>Compl. Filed:　May 22, 2017 |

*(sidebar:)* YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

–1–
**RESPONSE TO ORDER TO SHOW CAUSE**

1       In response to the Court's Order to Show Cause dated October 3, 2017 [Dkt.

2   27], Defendant's counsel hereby submits the attached declarations of Charity A. Olson

3   (Exhibit 1) and Brett B. Goodman (Exhibit 2).  Defendant's counsel sincerely

4   apologizes for their non-appearance at the Scheduling Conference on September 29,

5   2017.

6

7   DATED:  October 10, 2017.

8                           YU MOHANDESI LLP

9

10                    By  */s/ Brett B. Goodman*
                        Brett B. Goodman

11                        Attorneys for Defendant
                        Credit Control Services, Inc.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

YU MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

– 2 –
RESPONSE TO ORDER TO SHOW CAUSE

## CERTIFICATE OF SERVICE

I certify that on October 10, 2017, a copy of the foregoing was filed and served electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system as described below. Parties may access this filing through the Court's system.

DATED: October 10, 2017.

YU MOHANDESI LLP

By    /s/ Brett B. Goodman
         Brett B. Goodman

— 3 —
CERTIFICATE OF SERVICE

# EXHIBIT 1



1

2 **YU | MOHANDESI LLP**

2 **Brett B. Goodman** (SBN 260899)
213.375.3543 | bgoodman@yumollp.com
3 **Sheri Guerami** (SBN 265231)
213.418.9340 | sguerami@yumollp.com
4 633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
5 213.377.5501 Facsimile

6 Attorneys for Defendant
Credit Control Services, Inc.

7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11 DOUG ECKSTEIN,                    Case No.: 4:17-cv-02916-JSW

12              Plaintiff,           **DECLARATION OF CHARITY A.
                                     OLSON IN RESPONSE TO ORDER
13      vs.                          TO SHOW CAUSE**

14 CREDIT CONTROL SERVICES, INC.     Compl. Filed:  May 22, 2017
   D/B/A CREDIT COLLECTION
15 SERVICES
   ,
16              Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

                              – 1 –

## DECLARATION OF CHARITY A. OLSON

1.      I, Charity A. Olson, am an active member in good standing of the bar of Michigan and various federal district courts.

2.      I am also lead counsel for Defendant, Credit Control Services, Inc. in the above-entitled action.

3.      I submit this declaration in response to the Court's Order To Show Cause [Dkt. 27].

4.      On August 18, 2017, the Court granted the parties' stipulation continuing the case management conference to September 29, 2017.

5.      The continued case management conference date of September 29, 2017 was duly calendared to ensure compliance with the Court's order.

6.      On Monday, September 25, 2017, I started a jury trial in the United States District Court for the Eastern District of Michigan.

7.      Based on the subject matter of the lawsuit (Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq.), the parties' pre-trial submissions and my past experience handling similar FDCPA trials, I believed in good faith that the trial would only last 2-3 days, thereby, permitting my appearance.

8.      Unfortunately, due to unforeseen issues related to expert testimony and other evidentiary issues, the trial lasted through the afternoon of Friday, September 29, 2017, when the jury delivered its verdict. This outcome was not and could not have been anticipated under the circumstances.

9.      As the trial progressed, I directed my staff to contact all courts with pending matters and/or co-counsel, if and as appropriate, to ensure timely communication of my circumstances and coverage for, or adjournment of, any appearances, as needed, including the continued case management conference in this matter.

10.     Unfortunately, Mr. Goodman had a mediation with JAMS scheduled for September 29, 2017, in Orange County, California and could not appear in my place.

–2–

VU HODIANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

11.   As a result, Sheri Guerami, an attorney working on this matter, appeared at the case management conference on my behalf.

12.   Given the earlier adjournment, the Court's denial of Plaintiff's request to appear by telephone and the unusual circumstances surrounding my inability to personally appear at the conference, it was my understanding and belief that Ms. Guerami, who had full knowledge of this matter and full authority to enter into stipulations, make admissions, and agree to further scheduling dates, could appear at the conference to ensure continued progression of this matter.

13.   My understanding was plainly incorrect and I sincerely apologize for any inconvenience I caused to the Court or to Plaintiff's counsel by my non-appearance at the Scheduling Conference.

14.   Based on the foregoing, I respectfully request that the court not impose sanctions in the amount of $250.00.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 10, 2017, in Ann Arbor, Michigan

/s/ Charity A. Olson
Charity A. Olson

– 3 –

DECLARATION OF CHARITY A. OLSON IN RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE

## CERTIFICATE OF SERVICE

I certify that on October 10, 2017, a copy of the foregoing was filed and served electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system as described below.  Parties may access this filing through the Court's system.

DATED:  October 10, 2017.

YU MOHANDESI LLP

By   /s/ Brett B. Goodman
     Brett B. Goodman

— 4 —

CERTIFICATE OF SERVICE

# EXHIBIT 2

1  **YU | MOHANDESI LLP**

2  **Brett B. Goodman** (SBN 260899)
   213.375.3543 | bgoodman@yumollp.com
3  **Sheri Guerami** (SBN 265231)
   213.418.9340 | sguerami@yumollp.com
4  633 West Fifth Street, Suite 2800
   Los Angeles, CA 90071
5  213.377.5501 Facsimile

6  Attorneys for Defendant
   Credit Control Services, Inc.

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  DOUG ECKSTEIN,                      Case No.: 4:17-cv-02916-JSW

12          Plaintiff,                  **DECLARATION OF BRETT B.**
                                        **GOODMAN IN RESPONSE TO**
13      vs.                             **ORDER TO SHOW CAUSE**

14  CREDIT CONTROL SERVICES, INC.       Compl. Filed:   May 22, 2017
    D/B/A CREDIT COLLECTION
15  SERVICES

16      ,

17          Defendants.

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF BRETT B. GOODMAN IN RESPONSE TO THE COURT'S ORDER TO
SHOW CAUSE

## DECLARATION OF BRETT B. GOODMAN

I, Brett B. Goodman, declare:

1.    I am an attorney at Yu | Mohandesi LLP, and co-lead counsel for Defendant Credit Control Services, Inc. in the above-entitled action.

2.    I submit this declaration in response to the Court's Order To Show Cause. [Dkt. 27].

3.    Charity Olson was initially scheduled to attend the Scheduling Conference set for September 29, 2017. However, due to unforeseen circumstances, as set forth further in Ms. Olson's concurrently filed declaration, Ms. Olson was not able to appear at the Scheduling Conference as intended.

4.    I was also unable to appear at the Scheduling Conference set for September 29, 2017, because I had a previously scheduled mediation with JAMS on September 29, 2017, at 10:00 a.m., in Orange County, California, with the Honorable David H. Brickner (Ret.).

5.    It was my mistaken belief that Sheri Guerami, an attorney working on this case, could appear at the case management conference on my behalf. Ms. Guerami had full authority to enter stipulations, make admissions, and agree to further scheduling dates.

6.    I apologize for any inconvenience I caused to the Court or to Plaintiff's counsel by my non-appearance at the Scheduling Conference.

7.    Based on the foregoing, I respectfully request that the court not impose sanctions in the amount of $250.00.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 10, 2017, in San Diego, California.

/s/ Brett B. Goodman
Brett B. Goodman

-2-
DECLARATION OF BRETT B. GOODMAN IN RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE

YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

**CERTIFICATE OF SERVICE**

I certify that on October 10, 2017, a copy of the foregoing was filed and served electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system as described below.  Parties may access this filing through the Court's system.

DATED:  October 10, 2017.

YU MOHANDESI LLP

By____*/s/ Brett B. Goodman*_____
Brett B. Goodman

— 3 —
CERTIFICATE OF SERVICE

# EXHIBIT C

# ORDER IMPOSING SANCTIONS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUG ECKSTEIN,<br><br>        Plaintiff,<br><br>    v.<br><br>CREDIT CONTROL SERVICES, INC.,<br><br>        Defendant. | Case No.  17-cv-02916-JSW<br><br>ORDER IMPOSING SANCTIONS |

On October 3, 2017, the Court issued an order to show cause why Defendant's lead counsel—Brett B. Goodman, Esq. and Charity A. Olson, Esq.—should not be sanctioned $250.00 due to their failure to attend the initial case management conference in this matter. The Court has reviewed the response filed by Mr. Goodman and Ms. Olson.

The Court finds counsels' response unacceptable. As the Court noted in the order to show cause, the Court previously admonished counsel of the need to comply with the Court's orders and warned that future noncompliance would result in imposition of sanctions. Additionally, counsel's scheduling issues do not justify counsel's noncompliance. To the extent counsel was unable to appear because of a jury trial going longer than expected—a not uncommon occurrence—counsel's recourse was to file a request to either continue the case management conference which explains the need for a continuance (and the reason the request was filed within 10 days of the conference) or to appear by telephone. Engaging in self-help and unilaterally opting to not comply with a Court order is never the correct course of action.

Accordingly, there Court HEREBY IMPOSES sanctions in the amount of $250.00, with $125.00 payable by Mr. Goodman and $125.00 payable by Ms. Olson. Mr. Goodman and Ms. Olson shall pay this amount to the Clerk of the Court by no later than Friday, October 20, 2017,

United States District Court<br>Northern District of California

1    and they shall not pass the amount of the sanctions on to their client.

2       **IT IS SO ORDERED.**

3    Dated: October 11, 2017

4

5                         JEFFREY S. WHITE
                           United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

# EXHIBIT D

# PAYMENT RECEIPT

Court Name: U.S. District Court, KDCA
Division: 4
Receipt Number: 44511014734
Cashier ID: lovrinj
Transaction Date: 10/18/2017
Payer Name: Olson Law Group

SANCTIONS/CONTEMPT FINES
For: Charity A. Olson
Case/Party: D-CAN-4-17-CV-002916-001
Amount: $125.00

PAPER CHECK CONVERSION
Check/Money Order Num: 7778
Amt Tendered: $125.00

Total Due:        $125.00
Total Tendered:   $125.00
Change Amt:       $0.00

JSW

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.